PITTMAN, Judge.
2040420 — AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Ala.Code 1975, § 26-18-7; B.M. v. State, 895 So.2d 319, 334 (Ala.Civ.App.2004); C.W. v. State Dep’t of Human Res., 826 So.2d 171, 172 (Ala.Civ.App.2002); P.W. v. Houston County Dep’t of Human Res., 771 So.2d 1057, 1059 (Ala.Civ.App.2000); M.H.S. v. State Dep’t of Human Res., 636 So.2d 419, 420-421 (Ala.Civ.App.1994); and Wix v. State Dep’t of Pensions and Security, 464 So.2d 118, 119 (Ala.Civ.App.1985).
2040539 — APPEAL DISMISSED.
THOMPSON, MURDOCK, and BRYAN, JJ., concur.
CRAWLEY, P.J., dissents, with writing.